UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICIA A. BUTCHER,

        Plaintiff,

-vs-                                                Case No. 5:07-cv-351-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 3) recommending that the Plaintiff's Motion to Proceed *In Forma Pauperis*, (Doc. 2), be denied, and that the Plaintiff be directed to pay the required filing fee of $350.00, failing which her complaint should be dismissed. The Plaintiff has not filed any objections to the report, and the time for objecting has expired. Instead, the docket reflects that the Plaintiff paid the $350.00 filing fee on September 10, 2007.

Accordingly, upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed and made a part hereof, and the Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED AS MOOT.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of October, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record