UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICIA A. BUTCHER,

          Plaintiff,

-vs-                                   Case No. 5:07-cv-351-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

          Defendant.
_____/

## ORDER

The United States Magistrate Judge has issued a report (Doc. 18) recommending that the decision of the Commissioner of Social Security denying the Plaintiff's application for a period of disability and disability insurance benefits be affirmed. The Plaintiff timely filed objections to the report (Doc. 19), which simply restates arguments previously offered without providing the Court with any additional documentation, and recites the Plaintiff's condemnation of the social security administration process and the court system.

Upon an independent *de novo* examination of the file and upon due consideration, it is ORDERED and ADJUDGED that:

1.     The Plaintiff's Objections (Doc. 19) are OVERRULED, and the United States Magistrate Judge's Report and Recommendation (Doc. 18) is adopted, confirmed and made a part hereof;

2.     The decision of the Commissioner of Social Security is AFFIRMED; and

3.     The Clerk is directed to enter judgment in favor of the Commissioner, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this __20__ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record